Order entered April 15, 2015



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00362-CV

### IN RE INTEGRAS CAPITAL RECOVERY LLC, Relator

**Original Proceeding from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-07958**

## ORDER

Based on the Court's opinion of this date, we **CONDITIONALLY GRANT** the writ of mandamus. We **ORDER** the trial judge, the Honorable Eric Moyé, Judge of the 14th Judicial District Court, to **VACATE** his March 19, 2015 "Order on Defendant's Motion to Extend Time" and his March 19, 2015 "Order on Defendant's Motion to Vacate Judgment." Should the trial judge fail to comply with this order, the writ will issue. We **ORDER** the trial judge to file with this Court, **within thirty (30) days of the date of this order**, a certified copy of his order issued in compliance with this order.

/s/    DAVID L. BRIDGES
       JUSTICE